**Order entered December 10, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01143-CR

**APRIL MICHELLE FLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR18-0971**

## ORDER

Before the Court is Craig Stoddart's December 9, 2019 motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk to remove Craig Stoddart as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable J. Brian Williams, Presiding Judge, County Court at Law; to Craig Stoddart; and to the Rockwall County District Attorney's Office, Appellate Division.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal will be reinstated thirty days from the date of this order or when the order is received, whichever is earlier.

/s/    LANA MYERS
JUSTICE